# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THO MAI,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CHRISTOPHER CHESTNUT, WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>　　　　　Respondents. | Case No. 1:26-cv-00031-KES-SKO (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>[Doc. 3] |

　　　Petitioner has requested the appointment of counsel. Under 18 U.S.C. § 3006A(a)(2)(B), the Court may appoint counsel for an impoverished habeas petitioner seeking relief under 28 U.S.C. § 2241 whenever the Court "determines that the interests of justice so require[.]" 18 U.S.C. § 3006A(a)(2)(B). 18 U.S.C. § 3006A(a)(2)(B). Petitioner has failed to establish that he does not have sufficient funds to hire a lawyer.

　　　Accordingly, Petitioner's motion for appointment of counsel is DENIED without prejudice.

IT IS SO ORDERED.

Dated: __**January 8, 2026**__　　　　　　　　　/s/ *Sheila K. Oberto*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1